B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Ohio

In re   **Linda Lee Williams**                Case No.        
Debtor(s)        Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Cashland Financial Services, Inc.** | **Describe Property Securing Debt:**<br>**Debtor's residence,**<br>**Location: 1734 Jason Drive, Columbus, Franklin County OH 43227** |

Property will be (check one):
     ■ Surrendered                  ☐ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ☐ Reaffirm the debt
     ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
     ■ Claimed as Exempt                  ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Citimortgage** | **Describe Property Securing Debt:**<br>**Debtor's residence,**<br>**Location: 1734 Jason Drive, Columbus, Franklin County OH 43227** |

Property will be (check one):
     ■ Surrendered                  ☐ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ☐ Reaffirm the debt
     ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
     ■ Claimed as Exempt                  ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                               Page 2

Property No. 3

| **Creditor's Name:**<br>**City of Columbus Dept of Development** | **Describe Property Securing Debt:**<br>**Debtor's residence,**<br>**Location: 1734 Jason Drive, Columbus, Franklin County OH 43227 - notice only, no money owed as client lived in property for more than 5 years** |
|---|---|

Property will be (check one):
    ■ Surrendered                                 ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                        ☐ Not claimed as exempt

Property No. 4

| **Creditor's Name:**<br>**Friendly Finance Corporation** | **Describe Property Securing Debt:**<br>**Debtor's residence,**<br>**Location: 1734 Jason Drive, Columbus, Franklin County OH 43227** |
|---|---|

Property will be (check one):
    ■ Surrendered                                 ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                        ☐ Not claimed as exempt

Property No. 5

| **Creditor's Name:**<br>**Lease & Rental Mgmt Co** | **Describe Property Securing Debt:**<br>**2007 Chevrole Impala** |
|---|---|

Property will be (check one):
    ☐ Surrendered                                 ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                        ☐ Not claimed as exempt

B8 (Form 8) (12/08)     Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**U.S. Department of HUD** | **Describe Property Securing Debt:**<br>**Debtor's residence,**<br>**Location: 1734 Jason Drive, Columbus, Franklin County OH 43227** |

Property will be (check one):
    ■ Surrendered            ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt            ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**T-Mobile** | **Describe Leased Property:**<br>**Debtor(s) have a month-to-month contract for cellular phone service with T-Mobile. Terms are $70 per month. Debtor(s) is/are current and intend to assume the contract.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES     ☐ NO |

B8 (Form 8) (12/08)                                                                                                    Page 4

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **October 29, 2013**                    Signature  **/s/ Linda Lee Williams**
                                                         **Linda Lee Williams**
                                                         Debtor